SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

MAIN STREET MERCHANT SERVICES INC.,

       Plaintiff,

 -against-

HEYBURN, LLC, FRANCIS STREET INVESTORS, LLC, LITTLE TACOMA CONSTRUCTION, LLC AND PETER M. PERRIN,

       Defendants.

Index No.: 514081/2025

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

  I, the undersigned being duly sworn, states, I am over eighteen (18) years of age. I am not a party to this action. On April 29, 2025, I served a copy of the within Summons and Complaint upon the following defendant(s):

Heyburn, LLC ,
305 SE 3rd Ave. Ste 304
Portland, OR 97214

Heyburn, LLC ,
P.O. Box 82004,
Portland, OR

Francis Street Investors, LLC,
305 SE 3rd Ave. Ste 304
Portland, OR 97214

Little Tacoma Construction, LLC
305 SE 3rd Ave. Ste 304
Portland, OR 97214

Little Tacoma Construction, LLC
P.O. Box 82004,
Portland, OR

Heyburn, LLC ,
7201 SE 28th Ave.
Portland, OR 97202

Francis Street Investors, LLC,
7201 SE 28th Ave.
Portland, OR 97202

Francis Street Investors, LLC,
P.O. Box 82004,
Portland, OR

Little Tacoma Construction, LLC
7201 SE 28th Ave.
Portland, OR 97202

Peter M. Perrin
P.O. Box 82004,
Portland, OR

Peter M. Perrin
305 SE 3rd Ave. Ste 304
Portland, OR 97214

Peter M. Perrin
7201 SE 28th Ave.
Portland, OR 97202

by depositing a true copy of same in a properly addressed postage-paid envelope in the custody of the U.S. Postal Service for delivery via certified mail, return receipt requested.

_____
Arslan Din

Sworn to be true before me on April 29, 2025

_____
Notary Public
Jeffrey Zachter
Notary Public State of New York
No. 02ZA6103252
Qualified in New York County
Commission Expires March 23, 2028